| | |
|---|---|
| SOUZAN ROSHAN-ARDALAN, D.D.S., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HALLMARK FINANCIAL SERVICES, INC., a Nevada corporation doing business as Hallmark Specialty Insurance Company, and Does 1-20,<br><br>Defendants, | Case No. 2:23-CV-09847-DSF-AJR<br><br>[PROPOSED] **ORDER RE: STIPULATED PROTECTIVE ORDER** |

The Court, having considered the papers, and finding that good cause exists, the Parties Stipulated Protective Order is **GRANTED**.

**IT IS SO ORDERED.**

DATED: September 16, 2024

_/s/ Joel Richlin_
A. Joel Richlin
United States Magistrate Judge